BEFORE THE SECOND DIVISION, NOVEMBER 21, 1960

No. 64914.—M. E. Dey & Co., Inc. v. United States, protest 59/6795 (Milwaukee).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as

those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiff was sustained.